Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−15796−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Delius Mesidor
   27 Eastgate Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8602

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             5/22/19
Time:           10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 25, 2019
JAN: wdr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15796-KCF
Delius Mesidor                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin          Page 1 of 1       Date Rcvd: Mar 25, 2019
                          Form ID: 132         Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db            +Delius Mesidor,   27 Eastgate Lane,   Willingboro, NJ 08046-2322
518134703    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   P.O. Box 15019,   Wilmington, DE 19886)
518134702     +Bank of America,   P.O. Box 650499,   Dallas, TX 75265-0499
518134700     +Citi Cards,   P.O. Box 9001016,   Louisville, KY 40290-1016
518134697     +Credit Card Payment Processing,   P.O. Box 62014,   Baltimore, MD 21264-2014
518134704     +Jason Mesidor,   27 Eastgate Lane,   Willingboro, NJ 08046-2322
518134693     +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
518134701     +Kilowatt Financial,   P.O. Box 650499,   Dallas, TX 75265-0499
518134705     +Marie Mesidor,   27 Eastgate Lane,   Willingboro, NJ 08046-2322
518134699     +Sears Credit Cards,   P.O. Box 78051,   Phoenix, AZ 85062-8051
518134696     +Willingboro MUA,   433 John F. Kennedy Way,   Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 26 2019 00:12:32      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 26 2019 00:12:28      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518134694     +E-mail/Text: bankruptcy@bbandt.com Mar 26 2019 00:12:01      BB&T Loan Services,
                 MC 100-50-02-57,   P.O. Box 2306,   Wilson, NC 27894-2306
518134698     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2019 00:12:17      Comenity Capital Bank,
                 P.O. Box 182620,   Columbus, OH 43218-2620
518134695      E-mail/Text: camanagement@mtb.com Mar 26 2019 00:12:08      M&T Bank,   P.O. Box 900,
                 Millsboro, DE 19966
518134692     +E-mail/Text: jennifer.chacon@spservicing.com Mar 26 2019 00:13:25
                 Select Portfolio Servicing,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Stacey L. Mullen    on behalf of Debtor Delius  Mesidor slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```