UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for debtor
856-778-8677

In Re:
Delius Mesidor

Case No.: 19-15796
Chapter: 13
Adv. No.:
Hearing Date: 6/12/19
Judge: KCF

# CERTIFICATION OF SERVICE

1. I, Stacey L. Mullen, Esquire :

   ☒ represent Debtor in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 4/25/2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Bankruptcy plan dated 4/19/19

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/25/19

/s/ Stacey L. Mullen, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | rep Select Portfolio | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| All other creditors listed on mail mattrix | creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| B,B &T -Bankruptcy Section<br>P.O. Box 1847, 100-50-01-51<br>Wilson, NC 27894 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M&T Bank<br>P.O. Box 900<br>Millsboro, DE 19966 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |