Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–15796–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Delius Mesidor
27 Eastgate Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–8602

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 22, 2019 and a confirmation hearing on such Plan has been scheduled for May 22, 2019.

The debtor filed a Modified Plan on April 23, 2019 and a confirmation hearing on the Modified Plan is scheduled for June 12, 2019 @ 10:00 am. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 25, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15796-KCF
Delius Mesidor                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 25, 2019
                             Form ID: 186              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db            +Delius Mesidor,    27 Eastgate Lane,    Willingboro, NJ 08046-2322
518134703     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
518134702     +Bank of America,    P.O. Box 650499,    Dallas, TX 75265-0499
518134700     +Citi Cards,    P.O. Box 9001016,    Louisville, KY 40290-1016
518134697     +Credit Card Payment Processing,    P.O. Box 62014,    Baltimore, MD 21264-2014
518134704     +Jason Mesidor,    27 Eastgate Lane,    Willingboro, NJ 08046-2322
518134693     +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
518134701     +Kilowatt Financial,    P.O. Box 650499,    Dallas, TX 75265-0499
518134705     +Marie Mesidor,    27 Eastgate Lane,    Willingboro, NJ 08046-2322
518134699     +Sears Credit Cards,    P.O. Box 78051,    Phoenix, AZ 85062-8051
518134696     +Willingboro MUA,    433 John F. Kennedy Way,    Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518149628     +E-mail/Text: bankruptcy@bbandt.com Apr 26 2019 00:12:05     BB&T Bankruptcy Section,
                100-50-01-51,    PO BOX 1847,    Wilson, NC 27894-1847
518134694     +E-mail/Text: bankruptcy@bbandt.com Apr 26 2019 00:12:05     BB&T Loan Services,
                MC 100-50-02-57,    P.O. Box 2306,    Wilson, NC 27894-2306
518134698     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 26 2019 00:12:20     Comenity Capital Bank,
                P.O. Box 182620,    Columbus, OH 43218-2620
518134695      E-mail/Text: camanagement@mtb.com Apr 26 2019 00:12:16     M&T Bank,    P.O. Box 900,
                Millsboro, DE 19966
518134692     +E-mail/Text: jennifer.chacon@spservicing.com Apr 26 2019 00:14:04
                Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                          TOTAL: 7

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
           Inc. Asset-Backed Certificates, Series 2007-2 rsolarz@kmllawgroup.com
          Stacey L. Mullen   on behalf of Debtor Delius  Mesidor slmullen@comcast.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                 TOTAL: 4