| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-15796 / MBK

Delius Mesidor

Petition Filed Date: 03/22/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 06/21/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/03/2019 | $600.00 | 25612362720 | 05/10/2019 | $600.00 | 25612364687 | 06/03/2019 | $600.00 | 25612368254 |
| 07/03/2019 | $600.00 | 25944658290 | 08/16/2019 | $600.00 | 26093803476 | 09/17/2019 | $600.00 | 25612369558 |
| 11/07/2019 | $600.00 | 26093817775 | 11/22/2019 | $600.00 | 25993660307 | 12/30/2019 | $600.00 | 26220271836 |

**Total Receipts for the Period: $5,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Delius Mesidor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST COMPANY<br>»» 2018 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | M&T BANK<br>»» 2016 FORD TRANSIT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» SPRINGSTONE | Unsecured Creditors | $1,224.00 | $0.00 | $1,224.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $252.14 | $0.00 | $252.14 |
| 5 | M&T BANK | Unsecured Creditors | $1,827.71 | $0.00 | $1,827.71 |
| 6 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $3,597.29 | $0.00 | $3,597.29 |
| 7 | CITIBANK, N.A.<br>»» SEARS CARD | Unsecured Creditors | $424.64 | $0.00 | $424.64 |
| 8 | BANK OF NEW YORK MELLON<br>»» P/27 EASTGATE LN/1ST MTG | Mortgage Arrears | $16,342.29 | $855.40 | $15,486.89 |

**Chapter 13 Case No. 19-15796 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Plan Balance: | $30,000.00 ** |
| Paid to Claims: | $5,105.40 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $337.80 | Arrearages: | $600.00 |
| Funds on Hand: | $556.80 | Total Plan Base: | $36,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.