| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-15796 / MBK**

Delius Mesidor

Petition Filed Date: 03/22/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 06/21/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $600.00 | 25993665257 | 02/26/2020 | $600.00 | 26475114622 | 03/23/2020 | $600.00 | 66542470 |
| 04/23/2020 | $600.00 | 67329180 | 05/26/2020 | $600.00 | 68119370 | 06/24/2020 | $600.00 | 68872770 |
| 07/23/2020 | $600.00 | 69579790 | 08/24/2020 | $600.00 | 70268470 | 09/18/2020 | $600.00 | 70943290 |
| 10/13/2020 | $600.00 | 71542840 | 11/20/2020 | $600.00 | 72472970 | 12/22/2020 | $600.00 | 73212760 |
| 01/21/2021 | $600.00 | 73945120 | 02/18/2021 | $600.00 | 74617900 | | | |

**Total Receipts for the Period: $8,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Delius Mesidor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST COMPANY<br>»» 2018 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | M&T BANK<br>»» 2016 FORD TRANSIT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» SPRINGSTONE | Unsecured Creditors | $1,224.00 | $0.00 | $1,224.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $252.14 | $0.00 | $252.14 |
| 5 | M&T BANK | Unsecured Creditors | $1,827.71 | $0.00 | $1,827.71 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS GOLD MC/CITIBANK | Unsecured Creditors | $3,597.29 | $0.00 | $3,597.29 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS CARD/CITIBANK | Unsecured Creditors | $424.64 | $0.00 | $424.64 |
| 8 | BANK OF NEW YORK MELLON<br>»» P/27 EASTGATE LN/1ST MTG | Mortgage Arrears | $16,342.29 | $7,456.00 | $8,886.29 |

**Chapter 13 Case No. 19-15796 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,800.00 | Plan Balance: | $22,200.00 ** |
| Paid to Claims: | $11,706.00 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $967.20 | Arrearages: | $0.00 |
| Funds on Hand: | $1,126.80 | Total Plan Base: | $36,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**