| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-15796 / MBK**

Delius Mesidor

Petition Filed Date: 03/22/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 06/21/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2021 | $600.00 | 73945120 | 02/18/2021 | $600.00 | 74617900 | 03/18/2021 | $600.00 | 75332940 |
| 04/26/2021 | $600.00 | 76216010 | 05/21/2021 | $600.00 | 76846130 | 06/18/2021 | $600.00 | 77481050 |
| 07/23/2021 | $600.00 | 78280080 | 08/20/2021 | $600.00 | 78909870 | 09/21/2021 | $600.00 | 79561320 |
| 10/21/2021 | $600.00 | 80294560 | 11/18/2021 | $600.00 | 80907010 | 12/17/2021 | $600.00 | 81522190 |
| 01/21/2022 | $600.00 | 82224870 | | | | | | |

**Total Receipts for the Period: $7,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Delius Mesidor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L MULLEN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST COMPANY<br>»» 2018 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | M&T BANK<br>»» 2016 FORD TRANSIT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» SPRINGSTONE | Unsecured Creditors | $1,224.00 | $0.00 | $1,224.00 |
| 4 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $252.14 | $0.00 | $252.14 |
| 5 | M&T BANK | Unsecured Creditors | $1,827.71 | $0.00 | $1,827.71 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS GOLD MC/CITIBANK | Unsecured Creditors | $3,597.29 | $0.00 | $3,597.29 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS CARD/CITIBANK | Unsecured Creditors | $424.64 | $0.00 | $424.64 |
| 8 | BANK OF NEW YORK MELLON<br>»» P/27 EASTGATE LN/1ST MTG | Mortgage Arrears | $16,342.29 | $14,128.60 | $2,213.69 |

**Chapter 13 Case No. 19-15796 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,400.00 | Plan Balance: | $15,600.00 ** |
| Paid to Claims: | $18,378.60 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $1,471.80 | Arrearages: | $600.00 |
| Funds on Hand: | $549.60 | Total Plan Base: | $36,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.