| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 19-15796 / MBK

Delius Mesidor

Petition Filed Date: 03/22/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 06/21/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2022 | $600.00 | 82224870 | 02/17/2022 | $600.00 | 82821540 | 03/17/2022 | $600.00 | 83459540 |
| 04/21/2022 | $600.00 | 84167680 | 05/20/2022 | $600.00 | 84786070 | 06/21/2022 | $600.00 | 85375820 |
| 07/21/2022 | $600.00 | 85998470 | 08/23/2022 | $600.00 | 86568180 | 09/22/2022 | $600.00 | 87220090 |
| 10/21/2022 | $600.00 | 87804560 | 11/21/2022 | $600.00 | 88331140 | 12/27/2022 | $600.00 | 88957030 |
| 01/19/2023 | $600.00 | 89478510 | 02/16/2023 | $600.00 | 90016920 | | | |

**Total Receipts for the Period:  $8,400.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $28,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Delius Mesidor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Stacey L. Mullen, Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST COMPANY »» 2018 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | M&T BANK »» 2016 FORD TRANSIT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC »» SPRINGSTONE | Unsecured Creditors | $1,224.00 | $828.71 | $395.29 |
| 4 | CAPITAL ONE, NA »» KOHL'S | Unsecured Creditors | $252.14 | $170.71 | $81.43 |
| 5 | M&T BANK | Unsecured Creditors | $1,827.71 | $1,237.45 | $590.26 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» SEARS GOLD MC/CITIBANK | Unsecured Creditors | $3,597.29 | $2,435.55 | $1,161.74 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» SEARS CARD/CITIBANK | Unsecured Creditors | $424.64 | $287.50 | $137.14 |
| 8 | BANK OF NEW YORK MELLON »» P/27 EASTGATE LN/1ST MTG | Mortgage Arrears | $16,342.29 | $16,342.29 | $0.00 |

**Chapter 13 Case No. 19-15796 / MBK**

| SUMMARY | | | |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,200.00 | Plan Balance: | $7,800.00 ** |
| Paid to Claims: | $25,552.21 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $2,090.98 | Arrearages: | $600.00 |
| Funds on Hand: | $556.81 | Total Plan Base: | $36,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**