**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Delius Mesidor<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8602<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–15796–MBK | |

## Order of Discharge     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Delius Mesidor

<u>10/6/23</u>                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Delius Mesidor  
    Debtor

Case No. 19-15796-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 06, 2023      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delius Mesidor, 27 Eastgate Lane, Willingboro, NJ 08046-2322 |
| 518134702 | + | Bank of America, P.O. Box 650499, Dallas, TX 75265-0499 |
| 518134697 | + | Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014 |
| 518134704 | + | Jason Mesidor, 27 Eastgate Lane, Willingboro, NJ 08046-2322 |
| 518134701 | + | Kilowatt Financial, P.O. Box 650499, Dallas, TX 75265-0499 |
| 518134705 | + | Marie Mesidor, 27 Eastgate Lane, Willingboro, NJ 08046-2322 |
| 518134696 | + | Willingboro MUA, 433 John F. Kennedy Way, Willingboro, NJ 08046-2123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518134703 | | EDI: BANKAMER.COM | Oct 07 2023 00:37:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 518149628 | + | Email/Text: bankruptcy@bbandt.com | Oct 06 2023 20:47:00 | BB&T Bankruptcy Section, 100-50-01-51, PO BOX 1847, Wilson, NC 27894-1847 |
| 518134694 | + | Email/Text: bankruptcy@bbandt.com | Oct 06 2023 20:47:00 | BB&T Loan Services, MC 100-50-02-57, P.O. Box 2306, Wilson, NC 27894-2306 |
| 518271049 | | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 21:02:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518134700 | + | EDI: CITICORP.COM | Oct 07 2023 00:37:00 | Citi Cards, P.O. Box 9001016, Louisville, KY 40290-1016 |
| 518272755 | + | EDI: CITICORP.COM | Oct 07 2023 00:37:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518134698 | + | EDI: WFNNB.COM | Oct 07 2023 00:37:00 | Comenity Capital Bank, P.O. Box 182620, Columbus, OH 43218-2620 |
| 518134693 | ^ | MEBN | Oct 06 2023 20:47:17 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518134695 | | Email/Text: camanagement@mtb.com | Oct 06 2023 20:47:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 518254839 | | Email/Text: camanagement@mtb.com | Oct 06 2023 20:47:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 518711052 | | EDI: PRA.COM | Oct 07 2023 00:37:00 | Portfolio Recovery Associates, LLC, PO Box |

Case 19-15796-MBK    Doc 43    Filed 10/08/23    Entered 10/09/23 00:15:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: 3180W | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518711053 | | EDI: PRA.COM | Oct 07 2023 00:37:00 | 41067, Norfolk, VA 23541 Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518261404 | | EDI: Q3G.COM | Oct 07 2023 00:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518134699 | + | EDI: CITICORP.COM | Oct 07 2023 00:37:00 | Sears Credit Cards, P.O. Box 78051, Phoenix, AZ 85062-8051 |
| 518134692 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518276912 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | The Bank of New York Mellon as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518711055 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711056 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2023           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Delius Mesidor slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Oct 06, 2023 Form ID: 3180W Total Noticed: 25
TOTAL: 4